**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT WALDEN                                                                          PLAINTIFF

v.                                              3:04CV00125 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

     Defendant has filed a motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

     The Commissioner seeks remand for further development of the record, including a new hearing to obtain additional vocational testimony, and to issue a new decision.  Plaintiff promptly replied that he has no objection to the requested remand.  Under the circumstances, a sentence four remand is appropriate.  *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

     IT IS THEREFORE ORDERED that Defendant's Motion to Remand (docket entry #13) is hereby GRANTED.  All other pending motions are hereby rendered MOOT.  This is a "sentence four" remand.  This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

     DATED this 19th day of July, 2005.


                                     _____
                                     UNITED STATES MAGISTRATE JUDGE