IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT WALDEN                                                                PLAINTIFF

v.                                   3:04CV00125 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                            DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 19th day of July, 2005.

                                                                                           _____
                                                                                 UNITED STATES MAGISTRATE JUDGE